JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OJOK YASSIR EMILIO LOHAI,

     Petitioner,

     v.

WARDEN, ADELANTO DETENTION FACILITY,

     Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. ED CV 26-1353 FMO (AYP)

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondents shall reinstate the terms of petitioner's November 9, 2022, Order of Supervision. Respondents shall not impose any release restrictions (e.g., electronic monitoring) on petitioner that were not in place prior to petitioner's arrest or detention in this case unless deemed necessary at a future pre-deprivation bond hearing.

2. Within twenty-four (24) hours of the filing date of this Order, respondents shall file a Notice of Compliance confirming that the terms of petitioner's November 9, 2022, Order of Supervision have been reinstated and that no additional release restrictions have been imposed.

3. Respondents shall not re-detain petitioner without providing petitioner with, at minimum, individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge. Petitioner shall not

be detained unless respondents demonstrate at a pre-deprivation hearing that petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

    4.  The above-captioned action is dismissed without prejudice.

Dated this 12th day of May, 2026.

    /s/
Fernando M. Olguin
United States District Judge

2